# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY IRENE MARTINEZ, | Case No. 1:17-cv-01516-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (Doc. 2) |
| Defendant. | |

## ORDER

Plaintiff Betty Irene Martinez filed a complaint on November 13, 2017, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated: **November 14, 2017**         /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE